11 So.2d 473

## Jim SMITH v. STATE.

6 Div. 107.

Supreme Court of Alabama.

Jan. 21, 1943.

Wm. N. McQueen, Atty. Gen., and Walter W. Flowers and Jas. F. Matthews, Asst. Attys. Gen., for the petition.

Pennington & Tweedy, of Jasper, opposed.

THOMAS, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. State, 11 So.2d 466.

Writ denied.

All Justices concur.